# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Jose L Ventura

Case No.: 17-30703 (SLM)

Hearing Date: 6/27/2018

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Application to Extend Loss Mitigation Filed 5/30/18. Creditor's Objection to Extension Filed 6/4/18

**Location of Hearing:** Courtroom No. 3A
M. L. K. Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**Date and Time:** June 27, 2018 at 10:30 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: June 6, 2018

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 6, 20 18 this notice was served on the following: Debtors, Debtors' Attorney, William Powers (Wells), Trustee, and UST

JEANNE A. NAUGHTON, Clerk

By: Robert A. Heim
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Jose L Ventura  
     Debtor

Case No. 17-30703-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                  Page 1 of 1                  Date Rcvd: Jun 06, 2018  
                                  Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db         +Jose L Ventura,    524 8th Street,    Union City, NJ 07087-2912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:  
        David L. Stevens    on behalf of Debtor Jose L Ventura dstevens@scuramealey.com,  
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                                TOTAL: 6