Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−30703−SLM
                    Chapter: 13
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose L Ventura
   524 8th Street
   Union City, NJ 07087

Social Security No.:
   xxx−xx−9800

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on December 18, 2017.

    On 9/11/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  October 10, 2018
Time:                 09:00 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 12, 2018
JAN: smz

                                                                                                          Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-30703-SLM
Jose L Ventura                                                          Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 12, 2018
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db              +Jose L Ventura,    524 8th Street,    Union City, NJ 07087-2912
517117563       +Hayt, Hayt & Landau, LLP,    2 Industrial Way West,    Eatontown, NJ 07724-2279
517117565       +McCabe, Weisberg & Conway, PC,    216 Haddon Avenue, Ste. 201,    Westmont, NJ 08108-2818
517117568       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517117567      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  New Jersey Division of Taxation,
                  Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                  Trenton, NJ 08695)
517117569      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054)
517208046       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
517117570     +++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                  Frederick, MD 21701)
517200105        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue,    Gentian Road,
                  Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517117562        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:53:06      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517117561       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:53:42      Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
517117564       +E-mail/Text: cio.bncmail@irs.gov Sep 12 2018 23:55:28      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
517117566       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2018 23:56:02      Midland Funding,
                  2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
517270878        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 23:53:45
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517199167*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
517208056*      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                       Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Sep 12, 2018
                              Form ID: 185               Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              David L. Stevens    on behalf of Debtor Jose L Ventura dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com;mmack@scura.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 6
```