UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2910

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on September 25, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Jose L. Ventura

Case No.: 17-30703-SLM

Hearing Date: 07/30/2018

Judge: Honorable Stacey L. Meisel

Chapter: 13

## ORDER RESOLVING OBJECTION TO APPLICATION FOR EXTENSION OF LOSS MITIGATION PERIOD

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 25, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case 17-30703-SLM    Doc 53    Filed 09/25/18    Entered 09/26/18 17:11:52    Desc Main
Document    Page 2 of 2

Page 2

Debtor: Jose L. Ventura
Case No.: 17-30703-SLM
Caption of Order: ORDER RESOLVING OBJECTION TO APPLICATION FOR EXTENSION OF LOSS MITIGATION PERIOD

Upon the objection to Debtor's Application for Extension of Loss Mitigation Period filed by Powers Kirn, LLC, Attorney for Wells Fargo Bank, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to request for loss mitigation filed on behalf of Wells Fargo Bank, N.A., is hereby withdrawn upon the conditions set forth herein.

2. Debtor shall submit a complete loss mitigation package for review on or before August 28, 2018.

3. The loss mitigation period is extending up to and including September 27, 2018 unless otherwise extended by further order of this court.

6. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.