Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−30703−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jose L Ventura
    524 8th Street
    Union City, NJ 07087

Social Security No.:
    xxx−xx−9800

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/17/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 17, 2018
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jose L Ventura
        Debtor

Case No. 17-30703-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Oct 17, 2018
                             Form ID: 148          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
```
db            +Jose L Ventura,    524 8th Street,   Union City, NJ 07087-2912
517117563     +Hayt, Hayt & Landau, LLP,    2 Industrial Way West,    Eatontown, NJ 07724-2279
517117565     +McCabe, Weisberg & Conway, PC,    216 Haddon Avenue, Ste. 201,    Westmont, NJ 08108-2818
517117568     +Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
517117567     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                Trenton, NJ 08695)
517208046     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517200105      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue,   Gentian Road,
                Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:15     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:11     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517117562      EDI: CAPITALONE.COM Oct 18 2018 03:58:00      Capital One,   15000 Capital One Dr,
                Richmond, VA 23238
517117561     +EDI: CAPITALONE.COM Oct 18 2018 03:58:00      Capital One,   PO Box 30285,
                Salt Lake City, UT 84110-0285
517117564     +EDI: IRS.COM Oct 18 2018 03:58:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
517117566     +EDI: MID8.COM Oct 18 2018 03:58:00      Midland Funding,   2365 Northside Drive, Ste. 300,
                San Diego, CA 92108-2709
517270878      EDI: PRA.COM Oct 18 2018 03:58:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
517117569      EDI: TFSR.COM Oct 18 2018 03:58:00      Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054
517117570      EDI: WFFC.COM Oct 18 2018 03:58:00      Wells Fargo Home Mortgage,   8480 Stagecoach Circle,
                Frederick, MD 21701
                                                                                       TOTAL: 9


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517199167*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
517208056*    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 17, 2018
                             Form ID: 148              Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
          David L. Stevens    on behalf of Debtor Jose L Ventura dstevens@scuramealey.com,
            ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
            osito@scuramealey.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                              TOTAL: 6